**Order entered October 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00154-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**TERRANCE GERMAINE WILKINS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-62224-X**

## ORDER

On August 13, 2013, on the Court's own motion, we abated this appeal pending receipt of a supplemental record. The materials have been received and this appeal is hereby **REINSTATED.**

/s/      KERRY P. FITZGERALD
JUSTICE